# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BARRY G. AARON,                                                                                    PLAINTIFF
ADC #97176

v.                                    5:13CV00139-KGB-JTK

RAY HOBBS, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff's Motion for Order (Doc. No. 46) shall be construed as a Motion for Preliminary Injunctive Relief.

Plaintiff's Motion for Discovery (Doc. No. 47) shall be re-docketed as a Request for Discovery from Defendants.

IT IS SO ORDERED this 1st day of November, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE