**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BARRY G. AARON,                                                                                    PLAINTIFF
ADC #97176

v.                                        5:13CV00139-KGB-JTK

RAY HOBBS, et al.                                                                                 DEFENDANTS

## ORDER

Plaintiff's fifth Motion to Appoint Counsel (Doc. No. 59) is DENIED without prejudice, for the same reasons set forth in the Court's May 17, 2013 Order (Doc. No. 7).

Plaintiff's Motion for Service (Doc. No. 58) is GRANTED. The Clerk shall issue summons for Defendant Dr. Sadeem Mahmaad, and the United States Marshal shall serve a copy of the summons and Amended Complaint (Doc. No. 13) on Defendant, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE