**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| BARRY G. AARON, ADC #97176 | PLAINTIFF |
| v.    5:13CV00139-KGB-JTK | |
| RAY HOBBS, et al. | DEFENDANTS |

## ORDER

Defendants shall respond to Plaintiff's Motion for Discovery (Doc. No. 60) within ten days of the date of this Order.

IT IS SO ORDERED this 21st day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE