IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BARRY G. AARON,**  **PLAINTIFF**
**ADC #97176**

v.   Case No. 5:13-cv-00139-KGB-JTK

**RAY HOBBS,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is plaintiff's unopposed motion to dismiss voluntarily his complaint without prejudice against remaining defendant Sadeem Mahmood (Dkt. No. 164). Mr. Mahmood does not object. This dismissal will not count as a strike for purposes of 28 U.S.C. § 1915(g). An appropriate judgment shall accompany this Order.

SO ORDERED this the 23rd day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE