# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BARRY G. AARON,** **PLAINTIFF**
**ADC #97176**

v.   Case No. 5:13-cv-00139-KGB-JTK

**RAY HOBBS,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 23rd day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE